IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRON PARKS, | : | CASE NO.: 2:21-cv-1921 |
| | : | JUDGE MORRISON |
| *Plaintiff,* | : | MAGISTRATE JUDGE PRESTON DEAVERS |
| v. | : | |
| LT. SHANE SEXTON, *et al.*, | : | |
| *Defendants.* | | |

## **ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by Magistrate Judge Preston Deavers on June 17, 2021. (ECF No. 3). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action without prejudice for failure to prosecute. The Clerk shall terminate the case from the Court's docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**